IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2020-AP**

**LIEN HUYNH,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the court on the Response to the Order to Show Cause (doc. #5), filed June 27, 2008. Sufficient cause has been shown, the Order to Show Cause is discharged. It is

ORDERED that the Motion for Permission to Effect Service Out of Time (doc. #4) is GRANTED. Plaintiff has up to and including July 22, 2008 to serve defendant.

Dated this 1st day of July, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court