IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2020-AP**

**LIEN HUYNH,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion for Clarification (doc. #15), filed September 12, 2008, is GRANTED. Defendant's answer is due on October 3, 2008.

Dated: September 12, 2008