IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-2020-AP

LIEN HUYNH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

**For Plaintiff:**

Francis K. Culkin
Attorney at Law
3801 East Florida Avenue, Suite 400
Denver, Colorado 80210
Telephone: (303) 830-1110
E-mail: fculkinesq@aol.com

**For Defendant:**

TROY A. EID
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0815
E-mail: Stephanie.fishkin.kiley@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 09/24/07

   B. **Date Complaint was Served on U.S. Attorney's Office:** 08/04/08

   C. **Date Answer and Administrative Record Were Filed:** 10/17/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties believe the administrative record is complete.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not have any additional evidence to submit.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   This case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

   None.

8. **BRIEFING SCHEDULE**

   Because of workload and scheduling conflicts, the parties respectfully respect the following briefing schedule:

   A. **Plaintiff's Opening Brief Due:**      **December 30, 2008**

   B. **Defendant's Opening Brief Due:**      **January 29, 2009**

   C. **Plaintiff's Reply Brief (if any) Due:**      **February 13, 2009**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiff's Statement:** Plaintiff believes that oral argument would assist the Court in making a just determination in this matter.

   B. **Defendant's Statement:**

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) **All parties have consented to the exercise of Jurisdiction of a United States Magistrate Judge.**

    B. (X) **All parties have not consented to the exercise of Jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(c) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

Dated this 5th day of November, 2008.

        BY THE COURT:

        *S/John L. Kane*
        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Francis K. Culkin<br>Francis K. Culkin, No. 2969<br>3801 East Florida Ave., Ste 400<br>Denver, CO  80210<br>Telephone: (303) 830-1110<br>E-mail:  fculkinesq@aol.com | TROY EID<br>United States Attorney<br><br>Kevin Traskos<br>Assistant United States Attorney<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, CO  80202<br>Telephone: (303) 454-0100 |

By: s/Stephanie Lynn F. Kiley
Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout St., Ste 1001A
Denver, CO  80294
Telephone: (303) 844-0815
E-mail: Stephanie.fishkin.kiley@ssa.gov